1046

No. 95–666. GOODALL, AN INFANT, BY HIS FATHER AND NEXT FRIEND, GOODALL, ET AL. v. STAFFORD COUNTY SCHOOL BOARD. C. A. 4th Cir. Certiorari denied.

No. 95–667. JOHNSON v. OREGON. Ct. App. Ore. Certiorari denied.

No. 95–670. WESTECH GEAR CORP. v. ANZALONE. Sup. Ct. N. J. Certiorari denied.

No. 95–671. COLUMBIA CONVALESCENT CENTER, INC., ET AL. v. GEORGIA DEPARTMENT OF MEDICAL ASSISTANCE. Sup. Ct. Ga. Certiorari denied.

No. 95–676. GUEVARA v. MARITIME OVERSEAS CORP. C. A. 5th Cir. Certiorari denied.

No. 95–677. NICHOLS ET AL. v. PAULUCCI ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 95–679. SPIEGEL v. BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–682. WETTA v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 95–683. PARTIN v. FLORIDA COMMISSION ON ETHICS. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–684. PLOWMAN v. MASSAD ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–688. MICHIGAN SUPERVISORS' OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION ET AL. v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–689. FIORETTI v. MASSACHUSETTS GENERAL LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 95–691. GLYNN v. ROY AL BOAT MANAGEMENT CORP. ET AL. C. A. 9th Cir. Certiorari denied.